ACCEPTED
01-13-00816-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/3/2015 4:47:41 PM
CHRISTOPHER PRINE
CLERK

NO. 01-13-00816-CV

|  | | |
|---|---|---|
| | In The<br>First District Court of Appeals of Texas<br>at Houston | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>4/3/2015 4:47:41 PM<br>CHRISTOPHER A. PRINE<br>Clerk |

Retaka Romeo Nelson, Appellant vs. Shannon Brochette Nelson, Appellee

On Appeal From

District Court No. 308, Cause 2012-04063

Harris County, Texas

## MOTION FOR EXTENSION OF TIME OR LEAVE TO AMEND

**TO THE HONORABLE FIRST DISTRICT COURT OF APPEALS:**

Appellant RETAKA ROMEO NELSON, pursuant to this court's authority under Tex. R. App. P. 49.8, 49.6, 10.5(b), and 10.1, moves this Court for:

1) **extension of time to file the appellant motion for rehearing, or**

2) **leave to amend the motion for rehearing.**

Appellant's original motion for rehearing was already filed by the March 27, 2015 deadline, but a new deadline of April 13, 2015 will allow time to amend. This Court has authority to grant leave to amend because appellant's motion for rehearing is still pending. There have been no previous extensions or leaves granted for filing either motion. Appellant's attorney Leif Olson terminated his representation and moved to withdraw during the initial 15-day period, over

appellant's objection. This surprise curtailed the amount of time to prepare and file motions *pro se*. An extension or requests for leave to amend were not filed by March 27 2015, because appellant's attorney Leif Olson advised that April 13, 2015 is the deadline to file a motion to extend the deadline to file a motion for rehearing. *See* page two (2) of attorney Leif Olson's motion to withdraw. Additional time or leave to amend is needed **to cure any defects or deficiencies in appellant's motion for rehearing**, which is currently pending in this Court.

## PRAYER

**WHEREFORE**, Appellant requests this Court issue an order granting a 15-day extension of time, or grant leave to amend, appellant's motion for reheaing, moving the deadline from March 27, 2015 to April 13, 2015. Appellant prays that the Court grant the relief requested herein and such further relief, at law or in equity, to which it may be entitled.

Respectfully Submitted,

By: /s/ RETAKA NELSON
RETAKA NELSON
Pro Se Petitioner, Appellant
thetakesta@gmail.com
P.O. Box 7367
Los Angeles, CA 90007
Tel: (832) 590-9295

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Tex. R. App. P. 9.4, this is a computer-generated document that may be subject to a word limit under this rule. I hereby certify that the number of words in this document are <u>874</u>. I have relied on the word count of the computer program used to prepare the document.

In calculating the length of this document, every word and every part of the document, including headings, footnotes, and quotations, have been counted except the following: caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance, and appendix.

By: /s/ RETAKA NELSON
RETAKA NELSON
Pro Se Petitioner, Appellant
thetakesta@gmail.com
P.O. Box 7367
Los Angeles, CA 90007
Tel: (832) 590-9295

# CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of the above with the following results:

As of April 3, 2015, Shannon's attorney Shari Goldsberry did not respond to appellant's outgoing email dated April 1, 2015, seeking any agreement or opposition for a motion for extension of time to amend motion for rehearing, or a motion for leave to amend motion for rehearing.

By: /s/ RETAKA NELSON
RETAKA NELSON
Pro Se Petitioner, Appellant
thetakesta@gmail.com
P.O. Box 7367
Los Angeles, CA 90007
Tel: (832) 590-9295

# CERTIFICATE OF SERVICE

I certify that a true copy of the all documents herein were served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Shannon Brochette Nelson       Via Shari Goldsberry
PO Box 57765
Webster, TX 77598
Ph: (832) 240-6911
Email: sbnelson31@yahoo.com
*Appellee*

Shari Goldsberry       Via E-Serve
Texas Bar No. 24038398
Marina Bay Dr. Suite #108
League City, TX 77573
Ph: (281) 533-3030
Fx: (281) 533-3033
Email: shari@goldsberrylaw.com
*Attorney for Appellee*

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Appellate Procedure.

By: /s/ RETAKA NELSON
     RETAKA NELSON
     Pro Se Petitioner, Appellant
     thetakesta@gmail.com
     P.O. Box 7367
     Los Angeles, CA 90007
     Tel: (832) 590-9295

## LOCAL RULE NOTICE OF AND ASSIGNMENT
## OF RELATED CASE IN APPEALS

As required by the Local Rules Relating to Assignment of Related Cases

to and Transfers of Related Cases between the First and Fourteenth Courts of

Appeals, I certify that the following related appeal or original proceeding has

been previously filed in either the First or Fourteenth Court of Appeals:

| | |
|---|---|
| Original Proceeding: | In the Court of Appeals<br>From 308th Judicial District Court<br>Harris County, Houston, Texas<br>In Cause No. 2012-04063<br>In re Retaka Romeo Nelson, Relator<br>Petition for Writ of Mandamus |
| Emergency Motion: | In re Retaka Romeo Nelson, Relator<br>From District Court No. 308, Cause 2012-04063<br>Harris County, Texas<br>Emergency Motion to Stay Underlying Proceedings in<br>Trial Court Pending Resolution of Mandamus |
| Trial Court case number: | 2012-04063 |
| Appellate Court case number: | 01-13-0484-CV |

By: /s/ RETAKA NELSON
RETAKA NELSON
Pro Se Petitioner, Appellant
thetakesta@gmail.com
P.O. Box 7367
Los Angeles, CA 90007
Tel: (832) 590-9295